GEORGE W. VAN PELT, an Infant, by WILLIAM A. VAN PELT, His Guardian ad Litem, Appellant, v. ARTHUR B. CAPRON and Others, Respondents.— Judgment unanimously affirmed, with costs to each defendant appearing and filing a brief upon this appeal.   Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

ARCHIBALD C. WEEKS, Appellant, v. LEONARD MILLER, Respondent.— We see no reason to interfere with the exercise of the court's discretion in declining to direct specific performance of the agreement of January 20, 1917, in which the defendant had granted many extensions of time without result except repeated delays by plaintiff.   The judgment dismissing the complaint is, therefore, unanimously affirmed, with costs.   Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

CLIFFORD E. H. WHITLOCK, Appellant, v. MARY A. RICHARDS, Respondent.— Judgment and order unanimously affirmed, with costs.   No opinion. Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.

In the Matter of the Application of GEORGE GORDON for Admission to the Bar.   (From the State of Georgia.) — Application granted.   Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

CENTRAL SUGAR COMPANY, Appellant, v. ARTHUR H. LAMBORN and Others, Copartners, etc., Respondents.— We see no reason for interfering with the discretion exercised by the Special Term.   Therefore, the order is affirmed, with ten dollars costs and disbursements.   No opinion.   Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ., concur.

*Decision by the Presiding Justice on Application to Appeal from the Appellate Term.*

CLOTILDE BUDRACCO, Respondent, v. NATIONAL SURETY COMPANY, Appellant.— Application granted on condition that defendant file a surety company bond in the sum of $1,500 to secure the judgment.